THE STATE OF OHIO, APPELLANT, *v.* FINGER, APPELLEE.

[Cite as *State v. Finger,* 104 Ohio St.3d 157, 2004-Ohio-6390.]

(No. 2003–0396—Submitted October 26, 2004—Decided December 8, 2004.)

{¶ 1} The Court of Appeals for Cuyahoga County certified the following issue to this court:

{¶ 2} "Whether, when a trial court fails to notify an offender at plea or sentencing of mandatory post-release control, a reviewing court should reverse the sentence and remand for resentencing that includes the post-release control advisory or find that the defendant's prison sentence does not include post-release control."

{¶ 3} On the authority of *State v. Jordan*, 104 Ohio St.3d 21, 2004-Ohio-6085, 817 N.E.2d 864, we answer affirmatively to the first alternative in the certified issue.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

---

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Reitz Williamson, Assistant Prosecuting Attorney, for appellant.